NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRY BURNETT,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-3102

---

Petition for review of the Merit Systems Protection Board in case no. SF0432110400-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Justice moves without opposition for a 20-day extension of time, until October 17, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

HARRY BURNETT v. DOJ                                              2

The motion is granted.

                                        FOR THE COURT

OCT 0 1 2012                            /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Jane W. Vanneman, Esq.
     Lloyd E. Tooks, Esq.

s27